IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SHANNON EASLEY                                                                                    PLAINTIFF

VS.                                                         CIVIL ACTION NO: 1:16-cv-00213-SA-DAS

SCHILLING FOODS, LLC AND SUPERVALU, INC.                              DEFENDANTS

ORDER GRANTING MOTION TO SUBMIT EXHIBITS UNDER SEAL

**BEFORE THE COURT** is Defendant SUPERVALU, Inc.'s ("SUPERVALU") Unopposed Motion to Submit Exhibit Under Seal, and this Court having considered the same, finds that the Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Defendant SUPERVALU will, to the extent the exhibits identified in the Motion to Submit Exhibit Under Seal are utilized as an exhibit, or referenced in a pleading, conventionally file under seal the un-redacted exhibits, and provide un-redacted copies of the exhibits in question to the parties. To the extent any other party utilizes the exhibits identified in the Motion to Submit Exhibit Under Seal in any pleading, the requirements of this Order shall equally apply.

**SO ORDERED**, this the 20th day of October, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE